# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1506
_____

Maikijah HaKeem; Roy Hughes; Jimmy Booker; Jacquard Larkin

*Plaintiffs - Appellants*

v.

Chad Mesojedec, Rehabilitation Therapist Director; Steve Sayovitz, Security
Manager; Elizabeth Wyatt, Security Counselor; Kevin Schleret, Property
Personnel; Mandy Torgerson, Property Supervisor; Kevin Moser, Facility Director
MSOP-Moose Lake; Nick Lammi, Rehabilitation Counselor; Scott Benoit,
Program Manager MSOP-Moose Lake; Terry Kneisel, Assistant Facility Director
MSOP-Moose Lake; Peter Puffer, Clinical Director MSOP-Moose Lake

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: August 18, 2021
Filed: August 23, 2021
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Minnesota civil detainees Maikijah HaKeem, Roy Hughes, Jimmy Booker, and Jacquard Larkin appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. After a careful review, we conclude that the district court did not err in granting judgment for the defendants. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

————————————————

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.